UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JACOB FASHAKIN

Defendant.

21-CR-734 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **March 15, 2022**, at **2:30 p.m.**

Because a continuance is needed to assure the effective assistance of counsel, and to allow time for the Government to complete discovery and for the defense to review it and determine what motions if any the defense intends to make, the Court prospectively excludes the time from today, **December 7, 2021**, until **March 15, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
         December 7, 2021

                                    John G. Koeltl
                                    United States District Judge