UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

JACOB FASHAKIN,

           Defendant.

21-CR-734 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at today's conference, the defendant's conditions of release are modified to include location monitoring and a reasonable curfew. At the defendant's request, the details of the curfew will be determined by Pretrial Services. The defendant will be permitted to self-install the location monitoring equipment with the direction of Pretrial Services.

SO ORDERED.

Dated:    New York, New York
            January 6, 2022

                                        John G. Koeltl
                                 United States District Judge