UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                            21-CR-734 (JGK)

JACOB FASHAKIN                           ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **May 3, 2022,** at **12:00 p.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow time for the defense to complete reviewing discovery, and for the defense to determine what motions if any the defense intends to make, the Court prospectively excludes the time from today, **March 15, 2022,** until **May 3, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            March 15, 2022

                                              John G. Koeltl
                                       United States District Judge