UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                               -against-

JACOB FASHAKIN,
                              Defendant.
-----------------------------------------------------------------X

21 cr 734 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, July 18, 2022, at 10:30am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **July 18, 2022** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         June 14, 2022