UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

             -against-                                  21 cr 734 (JGK)

JACOB FASHAKIN,                                 **ORDER**
                    Defendant.
-------------------------------------------------------------X

Bail is revised as follows:

The electronic surveillance device shall be removed. The defendant is permitted to travel outside of the Southern District of New York, provide that he gives Pretrial Services two (2) days notice of his plans to travel.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 16, 2022