UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                    21 cr 734 (JGK)

JACOB FASHAKIN,
                Defendant.
-----------------------------------------------------------X

      It is hereby ordered that Telemachus P. Kasulis, Esq., is appointed as counsel for the above-named defendant, for purposes of the violation of supervised release.

**SO ORDERED.**

                                                                 **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 1, 2025