# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

November 21, 2025

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007

Re: United States v. Jacob Fashakin,
21 Cr. 734 (JGK)

Dear Judge Koeltl:

We represent Jacob Fashakin in connection with the above-captioned matter and write to request a modification of the terms of his supervised release.

Mr. Fashakin resides in the Bronx with his mother and is now subject to electronic monitoring through a bracelet, pursuant to the Court's order of November 20, 2025. Mr. Fashakin has a three-year-old daughter that lives with her mother in Long Island City. Mr. Fashakin asks that he be allowed to visit Long Island City as needed to facilitate this relationship.

Mr. Fashakin's probation officer had previously approved Mr. Fashakin to travel to Queens for this purpose. The officer withdrew this consent, however, when Mr. Fashakin was arrested in connection with the Arthur Ashe Stadium conduct described in the violation petition.

In response to our inquiry, the probation officer and the government have indicated that Mr. Fashakin should be approved to travel to Long Island City once per week to facilitate family visitation. Mr. Fashakin respectfully requests, however, that he be permitted to travel to Long Island City for this purpose as frequently as needed now that bracelet location monitoring will establish that he is not traveling elsewhere in Queens. At the risk of stating the obvious, Mr. Fashakin's relationship with his young daughter is one of the most important things in his life.

As indicated, the Probation Office and the government oppose this request. The government has indicated that they will put in a brief response to this letter.

*[Handwritten note:]* Mr. Fashakin is permitted to travel to Long Island City once per week to visit his daughter. He may reapply for more extensive traveling privileges if he demonstrates a consistent compliance with his obligations. So Ordered. /s/ JGKoeltl U.S.D.J. 11/21/25

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. John G. Koeltl
Page 2

Thank you for your consideration of this application.

Respectfully submitted,

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis