UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Plaintiffs,

             -against-                                     21 cr 734 (JGK)

JACOB FASHAKIN,
                        Defendant.
------------------------------------------------------------X

The conference scheduled for Tuesday, February 24, 2026, at 3:00pm, is **adjourned to**

**5:00pm the same day.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 18, 2026.